```
                                          FILED
                                       07 JUL -6 AM 8:21
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA

                                    BY:      MU
                                                        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR1440-LAB |
| Plaintiff, ) | |
| v. ) | **ORDER FOR PRESERVATION AND RE-WEIGH** |
| ANGEL FERNANDO HERNANDEZ, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the United States government and its agents preserve the following items pending a disposition in this case: **the vehicle seized, the drugs seized including any packaging, any personal effects of the defendants; the cell phone(s) seized**, ~~and the agents notes of the interrogation.~~

Additionally, the government is to make the vehicle, marijuana, and its packaging seized in the above-referenced case available for visual inspection, photographing and re-weighing until there exists a disposition of this case. The government and its agents are further ordered not to destroy, transfer, or otherwise dispose of the drugs unless *absent an or authorizing destruction signed by the court.* ~~there exists emergency~~ application ~~to this Court, notice to Defendant and an opportunity to respond by all counsel~~.

**IT IS SO ORDERED.**

Dated: 7-5-07

*Larry A. Burns*
**LARRY A. BURNS**
**UNITED STATES DISTRICT JUDGE**